## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jeremiah Hirman,                                                                  Civil No. 12-461 MJD/AJB

            Petitioner,

v.                                                                                              **ORDER**

B.R. Jett, Warden,

            Respondent.

      Based upon the Report and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated June 21, 2012, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that petitioner Jeremiah Hirman's Order to Show Cause and [for] Injunctive Relief is **denied** [Docket No. 2], and his Petition under 28 U.S.C. § 2241 for Writ of Habeas Corpus is **dismissed** without prejudice. [Docket No. 1].

Dated:  July 23, 2012

                                                         s/Michael J. Davis
                                                         Michael J. Davis
                                                         United States District Court Chief Judge